**2001–1880.  Mahoning Cty. Bar Assn. v. Bozanich.**

IT IS ORDERED by this court, sua sponte, that Peter J. Bozanich, Attorney Registration No. 0037881, last known business address in Youngstown, Ohio, be found in contempt for failure to comply with this court's order of April 24, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 24, 2002.

**2001–1881.  Cincinnati Bar Assn. v. Kieft.**

IT IS ORDERED by this court, sua sponte, that David W. Kieft, Attorney Registration No. 0042465, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of March 6, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before April 5, 2002.

**2001–2176.  Disciplinary Counsel v. Easterwood.**

IT IS ORDERED by this court, sua sponte, that Terry Scott Easterwood, Attorney Registration No. 0018255, last known business address in St. Clairsville, Ohio, be found in contempt for failure to comply with this court's order of April 24, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 24, 2002.

**2001–2284.  Disciplinary Counsel v. Kohler.**

IT IS ORDERED by this court, sua sponte, that David Lee Kohler, Attorney Registration No. 0031957, last known business address in Lambertville, Michigan, be found in contempt for failure to comply with this court's order of February 22, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 25, 2002.

# MISCELLANEOUS ORDERS

**2002–1745.  In re Judicial Campaign Complaint Against PerDue.**

# ORDER

Pursuant to S.Ct.R.Gov.Jud. II(5)(E)(1) and R.C. 2701.11, effective October 15, 2002, the Supreme Court appoints the following judges to serve on the five-judge commission to consider the report of the hearing panel of the Board of Commissioners on Grievances and Discipline in *In re Judicial Campaign Complaint Against PerDue,* case No. 2002–1745:

| | |
|---|---|
| Judge Judith Nicely | Summit County Court of Common Pleas |
| Judge Robert Kraft | Hamilton County Court of Common Pleas |
| Judge Deborah Alspach | Marion County Court of Common Pleas |
| Judge Joseph Houser | Mahoning County Court |
| Judge Kathleen Sutula | Cuyahoga County Court of Common Pleas |

Pursuant to Gov.Jud.R. III(2)(B)(1), the Supreme Court designates Judge Nicely as chairman of the Commission.

Pursuant to R.C. 2701.11, Richard A. Dove, Director of Policy & Programs of the Supreme Court of Ohio, is, for the purpose of this proceeding, designated as Administrative Director to serve as Secretary to the Commission, with authority to sign entries and orders on behalf of and at the direction of the Commission or its chairman.

All pleadings and documents in this matter shall be filed with the Clerk of the Supreme Court. The original and seven copies of all documents shall be filed. Service on the Commission shall be made by serving the Secretary. The Rules of Practice of the Supreme Court of Ohio shall apply to all proceedings before the Commission, except as otherwise ordered by the court.